**SO ORDERED.**

**SIGNED this 12 day of February, 2019.**

_David M. Warren_
**David M. Warren**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

IN RE:

| | |
|---|---|
| **KEVIN LEE MATHIS**<br>**2062 HWY 101**<br>**BEAUFORT, NC  28516**<br>    **DEBTOR** | **CASE NO:  17-01518-5-DMW**<br>**CHAPTER 13** |

### CONSENT ORDER

**THIS CAUSE** coming on to be heard upon the Trustee's Motion to Dismiss.

**AND IT APPEARING TO THE COURT** that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order based upon the following:

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the amended general order from January 24, 2019, the Debtor is granted two (2) hurricane waivers in the amount of $4,008.00.  The Debtor will resume regular payments of $2,004.00 each month beginning February, 2019.  Debtor will make additional payments of $128.00 each month for six (6) months to bring the plan current beginning February, 2019.  In the event the Debtor fails to make any payment due within thirty (30) days of the due date, for a period of six (6) months, this case will be dismissed without further notice or hearing.

**CONSENTED TO:**

s/Joseph A. Bledsoe, III
**JOSEPH A. BLEDSOE, III**
**CHAPTER 13 TRUSTEE**

_____
**JESSIE CORWIN**
**ATTORNEY FOR DEBTOR**

"End of Document"